IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FORD ANDREWS,

      **Plaintiff,**

v.                                                        Civil Action No. 3:23cv264

DETECTIVE R. CRAIG BROWN, *et al.*,

      **Defendants.**

## ORDER

This matter comes before the Court *sua sponte*. Pursuant to 28 U.S.C. § 455(a), "[a]ny justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." *See also* Code of Conduct for United States Judges, Canon 3(C) (describing instances in which a judge's impartiality might be questioned).

As noted in Jonathan H. Hambrick's Limited Notice of Appearance, "the allegations in [Mr. Andrews]'s complaint are premised on actions taken by [R. Craig Brown and Warren M. Huddleston] while serving on the US Marshals Fugitive Task Force and in their capacities as Special Deputy US Marshals." (ECF No. 18, at 1.) Mr. Brown and Mr. Huddleston work out of the Richmond office of the US Marshals Fugitive Task Force. This office is located in the courthouse for the Eastern District of Virginia, Richmond Division.

This Court finds no basis for recusal. Nonetheless, the parties SHALL have 14 days from today to file motions seeking recusal.

It is SO ORDERED.

Date: 09-11-23
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge