**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**FORD ANDREWS,**

**Plaintiff,**

**v.** **Civil Action No. 3:23cv264**

**DETECTIVE R. CRAIG BROWN, *et al.*,**

**Defendants.**

**ORDER OF ABATEMENT**

**It appearing that the Amended Complaint was filed on September 6, 2023, and that the defendant, HRI Management, LLC, has not been served with process, nor has there been an appearance on behalf of the defendant, and more than NINETY (90) DAYS has elapsed since the filing of the Amended Complaint, it is, in accordance with Rule 4(m) of the Federal Rules of Civil Procedure,**

**ADJUDGED and ORDERED that this action is abated and dismissed from the docket without prejudice as to the unserved defendant, HRI Management, LLC.**

**FERNANDO GALINDO, CLERK**

**By: /s/**
**Deputy Clerk**

**Richmond, Virginia**
**January 10, 2024**