**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**FORD ANDREWS,**

**Plaintiff,**

**v.** **Civil Action No. 3:23cv264**

**RB-HRIP RICHMOND MULTIFAMILY LLC,**

**Defendant.**

**FINAL ORDER**

For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS Defendant RB-HRIP Richmond Multifamily LLC's ("RB-HRIP") Motion for Summary Judgment. (ECF No. 36.) Accordingly, the Amended Complaint, (ECF No. 20), is DISMISSED WITHOUT PREJUDICE. The Clerk is DIRECTED to close this case.

Because Mr. Andrews does not seek, and the Court does not grant, leave to amend at this time, this order is final and appealable. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (holding that an order dismissing a case without leave to amend is final and appealable). Mr. Andrews is advised that he has the right to appeal the decision of the Court. Should he wish to do so, written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a written notice of appeal may result in the loss of the right to appeal.

It is SO ORDERED.

Date: 4/16/25
Richmond, Virginia

/s/ MHL
M. Hannah Lauck
United States District Judge